

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2014

No. 04-13-00744-CR

Arturo **NORIEGA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4087
Honorable Dick Alcala, Judge Presiding

## O R D E R

The Court Reporter's Notification of Late Record is hereby NOTED. The reporter's record is due March 3, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court